No. 550.   BLOCK ET AL. *v.* DETROIT HARBOR TERMINALS, INC.   C. A. 6th Cir.   Certiorari denied.   *Meyer Abrams* for petitioners.   *Hugh Francis* for respondent.

No. 553.   SIC *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.   *Don W. Stewart* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 557.   OVERLAKES FREIGHT CORP. *v.* MURPHY, ADMINISTRATRIX.   C. A. 2d Cir.   Certiorari denied.   *Ulysses S. Thomas* for petitioner.   *Frank Bloom* for respondent.

No. 560.   TRAPP *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.   *C. E. Ram Morrison, John B. Dudley* and *Charles H. Garnett* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for the United States.

No. 565.   YOUNG *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.   *Hugh H. Obear* and *Orville H. Walburn* for petitioner.   *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 566.   MITCHELL ET AL. *v.* WHITE CONSOLIDATED, INC.   C. A. 7th Cir.   Certiorari denied.   *Jay E. Darlington* for petitioners.   *Oscar C. Strom* and *Edmond J. Leeney* for respondent.

